MRM:CPK
F. #2023R00600

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 0? 2023 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X

UNITED STATES OF AMERICA

- against -

RAFAEL RAUDA-LOPEZ,

        Defendant.

-----------------------------X

INDICTMENT

Cr. No. CR 23 356
(T. 8, U.S.C., §§ 1326(a) and
1326(b)(2); T. 18, U.S.C., §§ 2250 and
3551 et seq.)

**BROWN, J.**

**DUNST, M.J.**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Illegal Reentry)

1. On or about August 14, 2023, within the Eastern District of New York and elsewhere, the defendant RAFAEL RAUDA-LOPEZ, an alien who had previously been deported and removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Attorney General of the United States and the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Failure to Register as a Sex Offender)

2. On or about and between July 29, 2016 and July 12, 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RAFAEL RAUDA-LOPEZ, an individual required to register under the Sex Offender Registration and Notification Act ("SORNA"), who travelled in interstate and foreign commerce, did knowingly and intentionally fail to register as required by SORNA.

(Title 18, United States Code, Sections 2250 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

By M. Kristin Mace, A.U.S.A.

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023RO00600
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

RAFAEL RAUDA-LOPEZ,

Defendant.

# INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2); T. 18, U.S.C., 2250 and 3551 et seq.)

A true bill.

_____ Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____ Clerk

Bail, $ _____

*Charles P. Kelly, Assistant U.S. Attorney (631) 715-7866*